UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA GARCIA | ) | JUDGE PAUL R. MATIA |
| | ) | |
| Petitioner | ) | CASE NO. 1:04CV0612 |
| | ) | |
| -vs- | ) | |
| | ) | <u>ORDER OF DISMISSAL</u> |
| PATRICIA ANDREWS, WARDEN | ) | |
| | ) | |
| Respondent | ) | |

    Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

    It is ordered that the Petition for Writ of Habeas Corpus is denied. The action is dismissed.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could be taken in good faith as to the fourth ground for relief and the Court hereby issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b) as to that ground only. As to all remaining grounds, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no

basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      IT IS SO ORDERED.

Date: May 31, 2005.       /s/ Paul R. Matia
      UNITED STATES DISTRICT JUDGE

      CERTIFICATE OF SERVICE

    A copy of this Order of Dismissal was filed electronically this 31st day of May, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing Memorandum of Opinion and Order was also sent by United States mail on May 31, 2005 to Jon W. Oebker, Esq., Office of the Prosecuting Attorney, Cuyahoga County, 8th Floor, Courts Tower, Justice Center, 1200, Ontario Street, Cleveland, Ohio 44113.

      /s/ Paul R. Matia
      UNITED STATES DISTRICT JUDGE